**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 RAMA DIOP,

10       Plaintiff,                    No. C 12-06332 JSW

11   v.                             **ORDER RE EXHIBITS TO**
**SECOND AMENDED**
12 COUNTY OF MARIN, ET AL.         **COMPLAINT**

13       Defendants.

14

15     As noted in its Order dismissing, without prejudice, Plaintiff's second amended

16 complaint, Plaintiff attached numerous exhibits to that complaint.  Because some of those

17 exhibits may contain confidential information, the Court HEREBY ORDERS that the exhibits

18 be filed under seal pending a further order from the Court.

19     **IT IS SO ORDERED.**

20 Dated:  December 17, 2013                                         

21                              JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAMA DIOP,

            Plaintiff,

  v.

COUNTY OF MARINE et al,

            Defendant.

_____/

Case Number: CV12-06332 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rama  Diop
527 Hillside Avenue
Mill Valley,  CA 94941

Dated: December 17, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California